AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>**TERRY DORSEY**<br>**KENYATTA HUGGINS**<br>**SHAMYRIN DJHODI JOHNSON**<br><br>*Defendant(s)* | Case No.<br><br>20-mj-34 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 31, 2020 and June 1, 2020  in the county of  East Baton Rouge  in the  Middle  District of  Louisiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(n) | Conspiracy to maliciously destroy by fire in violation of 18 U.S.C. § 844(i) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Kevin G. Baucom, Special Agent (FBI)
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Federal Rule Criminal Procedure 4.1.

Date: 06/08/2020

*Judge's signature*

City and state:  Baton Rouge, LA    Erin Wilder-Doomes, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF KEVIN G. BAUCOM

I, Kevin G. Baucom, being duly sworn, depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation and have been employed as such since December 2004. I have been assigned to the Joint Terrorism Task Force since July 2006. As a Special Agent, I have investigated violations of Federal law, conducted physical and electronic surveillance, interviewed witnesses, executed court-authorized search warrants, de-briefed confidential human sources, and used other investigative techniques to secure relevant information regarding a variety of crimes.

2. This affidavit is based upon my personal involvement in this investigation, my training and experience, my review of relevant evidence, and information supplied to me by other law enforcement officers. It does not include each and every fact known to me about the investigation, but rather only those facts that I believe are sufficient to establish the requisite probable cause.

3. On May 31, 2020, at approximately 11:37 p.m., St. George Fire Protection District investigators responded to a fire which occurred at Tai Industries, Inc., located at 6410 Fieldstone Drive, Baton Rouge, Louisiana. Tai Industries is a custom architectural millwork company that keeps large amounts of lumber on its property. The following day, i.e., June 1, 2020, at approximately 7:01 a.m., the St. George Fire Protection District responded to another fire at the AutoZone Auto Parts Store located at 11554 Airline Highway, Baton Rouge, Louisiana.

4. On June 1, 2020, at approximately 12:39 a.m., Baton Rouge Fire Department investigators conducted investigations at Tiger Tire Shop located at 4415 Plank Road, Baton Rouge, Louisiana. Shortly afterward, at about 2:02 a.m., Baton Rouge Fire Department investigators responded to a separate fire at the AAA Tire Shop located at 6160 Airline Highway,

Baton Rouge, Louisiana. Fire investigators at all four locations determined that the fires were intentionally set without the owner's permission or knowledge. In addition, investigators determined that an unknown accelerant was present at the burn locations located at each of the four business.

5. Surveillance footage from the Tai Industries fire shows an individual inside a fenced lumber yard setting fire to items in the yard and splashing a liquid on the same.

6. Surveillance footage from the AutoZone fire shows two individuals pouring accelerants (appearing to be gas and lighter fluid) at the front door and along the exterior front wall.

7. Surveillance footage at both the Tai Industries and AutoZone fires showed a 4-door Toyota Camry arrive and depart from both locations both before and after each of the two fires were set.

8. Additionally, separate surveillance footage at the Tai Industries fire showed a 4-door Toyota Camry with damage to the rear, driver-side quarter panel and dark tinted windows. The footage also depicted at least three subjects associated with the Camry.

9. Surveillance footage at the AAA Tire Shop showed three individuals igniting fires at that location, and then running away after the fires were ignited. Additionally, a 4-door Toyota Camry with damage to the rear, driver-side quarter panel and dark tinted windows was spotted driving off after the fire was started.

10. Surveillance footage from a Mobil gas station located a short distance from the AAA Tire Shop showed, shortly before the fire was started at the tire shop, a 4-door Toyota Camry with damage to the rear, driver-side quarter panel and dark tinted windows enter the parking lot. The Camry pulled into the gas station, and black male exited the Camry and

proceeded to enter the Mobil's convenience store. Interior store surveillance captured a clear picture of the male's face and attire. At both the AAA and Tiger Tire Shop locations, surveillance footage captured a male wearing the same attire as the individual identified by the Mobil interior surveillance footage.

11.    The image obtained from the Mobil interior surveillance footage was distributed to law enforcement officers in Baton Rouge via a greater Baton Rouge law-enforcement group email address to help identify the subject. Multiple law enforcement personnel identified the individual as Terry Dorsey based on prior encounters that said personnel had with Terry Dorsey. Investigators then compared the surveillance imagery they had of the subject with images of Dorsey in social media and government databases and confirmed his identity.

12.    On June 4, 2020, Terry Dorsey was arrested on state arson and criminal conspiracy charges by St. George Fire Department and Baton Rouge Fire Department. After being advised of his *Miranda* rights, Dorsey admitted to law enforcement officers using fuel to start each of the fires located at above referenced Tai Industries, AutoZone, AAA Tire Shop, and Tiger Tire Shop locations. After viewing a surveillance photo, Dorsey confirmed the previously discussed Toyota Camry was the vehicle utilized as transportation throughout the evening and during each of the fires. Dorsey advised, prior to committing the arsons, he and the others involved utilized the Toyota Camry to attend the protest activities on Siegen Lane in Baton Rouge. Dorsey advised they were at a RaceTrac gas station for the protest right before the first fire with wood [at Tai Industries]. In addition, Dorsey identified that his sister, Kenyatta Huggins, along with an individual nicknamed "Djhodi," were involved in setting the fires at all four locations. Dorsey advised the gas cans came from Djhodi's house on Beech Street where they are kept outside. The cans were brought back to Beech Street after the fire, were stored on the left side of the house,

and later seized during the execution of a search warrant. Dorsey advised the idea to commit arson was a collective idea and he and the other individuals that he identified were involved in making the decision. Dorsey advised he committed the arsons because he was angry about what was going on and wanted to "attack who was attacking us." Dorsey stated that he was talking about recent protests stemming from "police brutality" and other crimes committed against the black community. Dorsey advised he didn't know the race of the business owners but he knew they weren't black and they weren't white.

13. During his interview, Dorsey gave law enforcement consent to look at the contents of his phone. He confirmed that the individual that he previously described as "Djhodi" was a contact on his phone. Investigators found the "Djhodi" contact on the phone, and by means of a social media search, were able to identify him as Shamyrin Djhodi Johnson based on his social media identified connection, i.e., confirmed friend, with Dorsey. Investigators then showed Johnson's online images to members of a specialized crime unit in Baton Rouge. Members of the unit confirmed the photos were of Shamyrin Djhodi Johnson, and also identified a confirmed street address consistent with information provided by Dorsey.

14. Later on June 4, 2020, and after the Dorsey interview, Kenyatta Huggins and Shamyrin Djhodi Johnson were interviewed by law enforcement officers. After being advised of their *Miranda* rights, both admitted to being together with Dorsey. Huggins admitted to participating at the fire set at the AutoZone, and Johnson admitted to participating at the fires at Tai Industries and the two tire shops. Huggins advised she was riding around with her brother and an individual she didn't know and they later stopped at the protest. Huggins advised they committed the arsons because of anger stemming from the protest activities, wanted to get their attention, and let people know it is going on in Louisiana too. Johnson advised he committed the

arsons because he was angry, got caught up in the wave, and wanted to stand up for what is right. He added that people in Baton Rouge are being pushed to commit acts of vandalism by all the rappers on Instagram. The main rapper promoting this behavior is out of Atlanta. Both were also arrested on state arson and criminal conspiracy charges by St. George Fire Department and Baton Rouge Fire Department

15. On June 6, 2020, the regional manager at the AutoZone damaged by fire was interviewed and stated that the inventory for that store was shipped from a distribution center located in Lexington, Tennessee.

16. On June 2, 2020, the owner of Tai Industries damaged by fire was interviewed and stated that eighty percent of the company's business involved transactions with suppliers and customers outside of the state of Louisiana. He also estimated that the loss of inventory due to fire damage was over $500,000, but was not able to provide an estimate of loss due to structural damage of the building.

17. On June 6, 2020, the owner of the Tiger Tire Shop damaged by fire was interviewed and stated that he buys his inventory from a supplier in Texas. He also estimated that the damage to his business caused by the fire was approximately $300,000.

18. On June 6, 2020, the owner of the AAA Tire Shop damaged by fire was interviewed and stated he purchases inventory from a supplier in Laurel, Mississippi, and sells products to customers using the internet.

19. Based on later review of the AutoZone surveillance footage, and descriptions of clothing worn, based on their own descriptions, Dorsey and Huggins were the two individuals identified in the footage pouring accelerant at the front door and along the front exterior of the store. In addition, based on surveillance footage at the Triple AAA Tire Shop and the self-

described appearance of clothing that he wore, Dorsey appears to be the one of the three individuals igniting fires at the AAA Tire Shop.

20. Based on the foregoing, there is probable cause to believe that on or about May 31, 2020 and June 1, 2020, Terry Dorsey, Kenyatta Huggins, and Shamyrin Djhodi Johnson violated 18 U.S.C. § 844(n) by conspiring to maliciously damage or destroy, by means of fire, buildings used in interstate commerce and in activities affecting interstate commerce, in violation of 18 U.S.C. § 844(i).

_____
Kevin G. Baucom, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone on this 8th day of June, 2020, Baton Rouge, Louisiana.

_____
HONORABLE ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA