PS 42
(Rev. 7/93)

# United States District Court
## Middle District of Louisiana

| | |
|---|---|
| United States of America | ) |
| vs. | ) ) ) |
| Kenyatta Huggins | ) Case No. 3:20CR00041-002 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Kenyatta Huggins_____, have discussed with _____Michael B. Soniat_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Condition (7)(p)(i) "Curfew" is amended to restrict the defendant to her residence every day from 9:00 p.m. to 6:00 a.m. Due to her employment, she is permitted to leave her residence at 4:45 a.m. on work-days only. She must return home by 9:00 p.m. each day.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 4/9/21    _____ 4/9/2021
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    April 9 2021
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on   April 12, 2021
[ ] The above modification of conditions of release is *not* ordered.

_____    April 12, 2021
Honorable Brian A. Jackson    Date
U.S. District Judge